## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 12, 2014

James Peter Sabatino
TGK Correctional Center
7000 NW 41ST ST
MIAMI, FL 33166

Appeal Number: 14-11720-EE
Case Style: USA v. James Sabatino
District Court Docket No: 0:98-cr-06147-RNS-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

*<u>Appellant's brief is due 40 days from the date of the enclosed order.</u>*

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action