IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-11720-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES PETER SABATINO,
a.k.a. Jimmy Sabatino,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

James Peter Sabatino's motion for appointment of counsel is DENIED.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE